IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 JUN 30 PM 3:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

JEVENARI MARSHALL;
DIANE POLITO MAXINE
SMITHEY

    Plaintiffs,

v.     CV 04-PT-179-S

WYETH PHARMACEUTICAL;
BEN LAVENDER; WILLIAM
OWEN

    Defendants.

ENTERED
JUN 30 2004

## MEMORANDUM

After the court filed a Memorandum Opinion and an order on June 30, 2004, it received a letter from the attorneys for plaintiffs Marshall and McGowan, citing *Crowe v. Coleman*, 113 F.3d 1536, 1538 (11th Cir. 1997) which says that the court is to determine if "the plaintiff has fraudulently pled jurisdictional facts to bring the resident defendant into state court." That is exactly what the court is attempting to determine.

This the 30 day of June, 2004.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

33